IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CHRISTOPHER B. SIMMONS, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>MIDLAND MORTGAGE CO.; )<br>SHAPIRO & MASSEY, LLC, et al. )<br>)<br>Defendants. ) | CASE NO.: 3:15-cv-00776<br>JUDGE: TRAUGER<br>MAGISTRATE: KNOWLES |

_____

## CORPORATE OWNERSHIP STATEMENT
_____

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.02, the undersigned counsel for MidFirst Bank certifies that MidFirst Bank is wholly-owned by Midland Financial Company. Both MidFirst Bank and Midland Financial Company are privately-held companies and are not publicly traded. Midland Financial Company "directly or indirectly owns 10% or more of any class of [MidFirst Bank's] equity interests." Fed. R. Civ. P. 7.1.

Respectfully submitted,

*/s/ Michael N. Wennerlund*_____
**Michael N. Wennerlund** (TBPR #031332)
WILSON & ASSOCIATES, P.L.L.C.
8 Cadillac Drive, Suite 120
Brentwood TN 37027
Tele: 615-255-9388
Fax: 615-255-5581
mwennerlund@wilson-assoc.com

Attorney for MIDFIRST BANK

## CERTIFICATE OF SERVICE

On <u>August 10, 2015,</u> a true and correct copy of the foregoing Corporate Ownership Statement was served electronically through the electronic case filing system (ECF) and/or by the United States Postal Service, postage-paid, upon:

> Christopher B. Simmons
> *Pro Se*
> P.O. Box 331262
> Nashville, TN 37211

> */s/ Michael N. Wennerlund*
> Michael N. Wennerlund (031332)